# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SHANNON MASHBURN                                           PLAINTIFF

v.                            No. 4:21-cv-412-DPM

MASTER MOBILELINK, LLC                                     DEFENDANTS

## ORDER

1. The joint motion, *Doc. 20*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); see also *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. The Court applauds the bullet-point listing of the legal sources of all the released claims. *Doc. 21 at 3*. This way of listing promotes clarity. And the attorney's fee, though allocated in the settlement agreement, was negotiated separately. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

2. The embedded motion to withdraw the motion to enforce settlement, *Doc. 18*, is granted. *Doc. 18* is withdrawn without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 May 2023