IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANNON MASHBURN                                                    PLAINTIFF

v.                           No. 4:21-cv-412-DPM

MASTER MOBILELINK, LLC                                              DEFENDANT

## JUDGMENT

Mashburn's complaint is dismissed with prejudice. The Court retains jurisdiction until 21 July 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2023